

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Anthony Michael Palmieri

        **Plaintiff,**

        V.

Kilolo Kijakazi,
  Acting Commissioner of Social Security

        **Defendant.**

Civil Action No.   22-cv-00119-WVG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS IN PART and DENIES IN PART the Parties' Joint Motion.
This case is REMANDED for further proceedings to remedy the defects in the ALJ's analysis of Dr. Donnelly's medical opinion. On remand, if the ALJ rejects Dr. Donnelly's opinion, he must articulate his credibility determinations in light of the supportability and consistency factors and all available medical evidence. Case is closed.

Date:   9/28/23

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ L. Sotelo

        L. Sotelo, Deputy